UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 02-20830-CIV-GOLD/SIMONTON
MIAMI DIVISION

LUZ VILLABA,                )
                            )
    Plaintiff, and similarly situated )
individuals,                )
                            )
vs.                         )
                            )
RAFAEL PEREZ, an individual BLANCA )
PEREZ, an individual and    )
RICO PAN, INC., a Florida corporation, )
                            )
    Defendants.           )
_____/

## PLAINTIFF'S NOTICE OF FILING PROPOSED JURY INSTRUCTIONS AND VERDICT FORM

Plaintiff, LUZ VILLABA and similarly situated individuals (hereinafter "Plaintiff"), by and through the undersigned counsel, hereby serves and files Plaintiff's Notice of Filing Proposed Jury Instructions and Verdict Form and states as follows in support thereof:

1. The attached proposed Jury Instructions and Verdict Form were faxed to the chambers of Hon. Andrea M. Simonton on Friday, August 22, 2003. However, the Proposed Instructions were not filed with the clerk's office at that time.

2. Defendants' counsel received a copy of the Instructions prior to the time that the Instructions were faxed to the Court's chambers. Defendants' filed their Objections to the attached proposed Instructions on August 25, 2003 (D.E. # 66). Plaintiff's Reply to Defendants' Objections was night-box filed during the start of the trial

in this matter on August 25, 2003 and was therefore date-stamped as having been filed August 22, 2003.(D.E. #64).

3. The Proposed Jury Instructions and Verdict Form, which were sent to Defendants' counsel and faxed to the Court's chambers on August 22, 2003, are attached to this Notice.

Respectfully submitted,

_____
Gary A Costales
Florida Bar No. 0948829

Law Office of
Gary A. Costales, P.A.
2151 Le Jeune Road, Suite 200
Coral Gables, Florida 33134
(305) 441-8633
(305) 441-6424 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice (without instructions) has been served via facsimile and U.S. Mail on this 27th day of August 2003 upon:

Louis Casuso
111 NE 1st Street, Suite 603
Miami, Florida 33132

_____
Attorney